50 So.3d 547 (2010)
In re AMENDMENTS TO THE FLORIDA SUPREME COURT APPROVED FAMILY LAW FORMSFORMS 12.982(A), 12.982(C), AND 12.982(F).
No. SC10-828.
Supreme Court of Florida.
June 24, 2010.
Jack A. Moring, Chair, The Family Law Rules Committee, Moring and Moring, P.A., Crystal River, FL, John F. Harkness, Executive Director, and Ellen H. Sloyer, Bar Liaison, The Florida Bar, Tallahassee, FL, for Petitioner.
PER CURIAM.
This matter is before the Court for consideration of amendments to the Florida Supreme Court Approved Family Law Forms. We have jurisdiction. See art. V, § 2(a), Fla. Const.
Under Amendments to the Florida Family Law Rules of Procedure and Family Law Forms, 810 So.2d 1, 13-14 (Fla.2000), the Court internally reviews and maintains the Florida Supreme Court Approved Family Law Forms. Revisions to Florida Supreme Court Approved Family Law Forms 12.982(a), Petition for Change of Name (Adult), 12.982(c), Petition for Change of Name (Minor Child(ren)), and 12.982(f), Petition for Change of Name (Family), have become necessary as a result of 2009 amendments to section 68.07, Florida Statutes. See Ch. 2009-173, Laws of Fla. The amendments are meant to reflect the new fingerprinting and criminal history records check requirements and the clarified hearing and costs provisions under the amended statute. Other minor and editorial amendments are also made.
Accordingly, the Florida Supreme Court Approved Family Law Forms are hereby amended as set forth in the appendix to this petition, fully engrossed and ready for use. The amendments shall become effective immediately upon release of this opinion. Because the amendments were not published for comment prior to adoption, interested persons shall have sixty days from the date of this opinion in which to file comments with the Court.[1] By adoption of these forms, we express no opinion as to their correctness or applicability, or on the substance of the relevant legislation. The forms discussed herein may also be accessed and downloaded from the Florida State Courts website at www. flcourts.org/gen_public/family/forms_rules/ index.shtml.
It is so ordered.
QUINCE, C.J., and PARIENTE, LEWIS, CANADY, POLSTON, LABARGA, and PERRY, JJ., concur.

APPENDIX
INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.982(a), PETITION FOR CHANGE OF NAME (ADULT) (06/10)

When should this form be used?
This form should be used when an adult wants the court to change his or her name. This form is not to be used in connection *548 with a dissolution of marriage or for adoption of child(ren). If you want a change of name because of a dissolution of marriage or adoption of child(ren) that is not yet final, the change of name should be requested as part of that case.
This form should be typed or printed in black ink and must be signed before a notary public or deputy clerk. You should file the original with the clerk of the circuit court in the county where you live and keep a copy for your records

What should I do next?
Unless you are seeking to restore a former name, you must have fingerprints submitted for a state and national criminal records check. The fingerprints must be taken in a manner approved by the Department of Law Enforcement and must be submitted to the Department for a state and national criminal records check. You may not request a hearing on the petition until the clerk of court has received the results of your criminal history records check. The clerk of court can instruct you on the process for having the fingerprints taken and submitted, including information on law enforcement agencies or service providers authorized to submit fingerprints electronically to the Department of Law Enforcement. The process may take several weeks and you will have to pay for the cost of processing the fingerprints and conducting the state and national criminal history records check.
Next, you must obtain a hearing date for the court to consider your request. If you are seeking to restore a former name, a hearing on the petition MAY be held immediately after the petition is filed. The final hearing on any other petition for a name change may be held immediately after the clerk of court receives the results of your criminal history records check. You should ask the clerk of court, family law intake staff, or judicial assistant about the local procedure for setting a hearing. You may be required to attend the final hearing. Included in these forms is a Final Judgment of Change of Name (Adult), Florida Supreme Court Approved Family Law Form 12.982(b), which the judge may use. You should check with the clerk, family law intake staff, or judicial assistant, to see if you need to bring a final judgment form with you. If so, you should type or print the heading, including the circuit, county, case number, division, and the parties' names, and leave the rest blank for the judge to complete at your hearing or trial.
If the judge grants your petition, he or she will sign this order. This officially changes your name. The clerk can provide you with certified copies of the signed order. There will be charges for the certified copies, and the clerk can tell you the amount of the charges.

Where can I look for more information?
Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms. For further information, see Section 68.07, Florida Statutes.

Special notes...
The heading of the form calls for the name of the petitioner. Your current name should go there, as you are the one who is asking the court for something. The judicial circuit, case number, and division may be obtained from the clerk of court's office when you file the petition.
It may be helpful to compile a list of all of the people and/or places that will need a copy of your final judgment. This list may include the driver's license office, social security office, banks, schools, etc. A list *549 will help you know how many copies of your order you should get from the clerk of court after your hearing.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
 IN THE CIRCUIT COURT OF THE _________________ JUDICIAL CIRCUIT,
 IN AND FOR ______________________ COUNTY, FLORIDA
 Case No.: _____________
 Division: _____________
____________________________,
 Petitioner.
 PETITION FOR CHANGE OF NAME (ADULT)
 I, {full legal name} _____________, being sworn, certify that the
following information is true:
1. My complete present name is: __________________________________________.
 I request that my name be changed to: _________________________________.
2. I live in ____________ County, Florida, at {street address} ________________
 _______________________________________________________________________.
3. I was born on {date} ____________, in {city} __________________, {county} ______________,
 {state} ________________, {country} __________________.
4. My father's full legal name: ______________________________________________.
 My mother's full legal name: ______________________________________________.
 My mother's maiden name: __________________________________________________.
5. I have lived in the following places since birth:
 Dates (to/from) Address
 __________/__________ ___________________________________________
 __________/__________ ___________________________________________
 __________/__________ ___________________________________________
 __________/__________ ___________________________________________
 (______ Please indicate here if you are continuing these facts on an attached page.)
6. Family
 [Choose all that apply]
 a. ______ I am not married.
 b. ______ I am married. My spouse's full legal name is: __________________________
 c. ______ I do not have child(ren).
 d. ______ The name(s), age(s), and address(es) of my child(ren) are as follows (all children, including
 those over 18, must be listed):
*550
 Name {last, first, middle initial} Age Address, City, State
 _______________________________________________________________________________________
 _______________________________________________________________________________________
 _______________________________________________________________________________________
 _______________________________________________________________________________________
 _______________________________________________________________________________________
 (______ Please indicate here if you are continuing these facts on an attached page.)
7. Former names
 [Choose all that apply]
 ______ My name has never been changed by a court.
 ______ My name previously was changed by court order from _____________________________
 to ______________________ on {date} __________________,
 by {court, city, and state} __________________________________________.
A copy of the court order is attached.
 ______ My name previously was changed by marriage from _______________________.
 to ________________________ on {date} __________________________________________,
 in {city, county, and state} ___________________________________________________.
 A copy of the marriage certificate is attached.
 ______ I have never been known or called by any other name.
 ______ I have been known or called by the following other name(s): {list name(s) and explain where you
 were known or called by such name(s)} _________________________________________________
8. Occupation
 My occupation is: ___________________________________________________________________.
 I am employed at: {company and address} _____________________________________________
 _____________________________________________________________________________________.
 During the past 5 years, I have had the following jobs:
 Dates (to/from) Employer and employer's address
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 (______ Please indicate here if you are continuing these facts on an attached page.)
9. Business
 [Choose one only]
 ______ I do not own and operate a business.
 ______ I own and operate a business. The name of the business is: _______________________.
 The street address is: __________________________________________________________________.
 My position with the business is: _______________________________________________________.
 I have been involved with the business since: {date} ___________________________.
*551
10. Profession
 [Choose one only]
 ______ I am not in a profession.
 ______ I am in a profession. My profession is: __________________________________________.
 I have practiced this profession:
 Dates (to/from) Place and address
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 (______ Please indicate here if you are continuing these facts on an attached page.)
11. Education
 I have graduated from the following school(s):
 Degree Date of
 Received Graduation School
 __________ _____________ ________________________________________________________
 __________ _____________ ________________________________________________________
 __________ _____________ ________________________________________________________
 (________ Please indicate here if you are continuing these facts on an attached page.)
12. Criminal History
 [Choose one only]
 ______ I have never been arrested for or charged with, pled guilty or nolo contendere to, or been
 found to have committed a criminal offense, regardless of adjudication.
 ______ I have a criminal history. In the past I have been arrested for or charged with, pled guilty or
 nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication.
 The details of my criminal history are:
 Date City/State Event (arrest, charge, plea, or adjudication)
 __________ _________________ ______________________________________________________
 __________ _________________ ______________________________________________________
 __________ _________________ ______________________________________________________
 (_______ Please indicate here if you are continuing these facts on an attached page.)
13. Bankruptcy
 [Choose one only]
 ______ I have never been adjudicated bankrupt.
 ______ I was adjudicated bankrupt on {date} __________, in {city} ______________________,
 {county} __________, {state} _______________.
 (______ Please indicate here if you have filed additional bankruptcies, and explain on an attached
 page.)
*552
 14. Creditor(s)' Judgments
 [Choose one only]
 ______ I have never had a money judgment entered against me by a creditor.
 ______ The following creditor(s)' money judgment(s) have been entered against me:
 Date Amount Creditor Court entering judgment and case number if Paid {date}
 __________ __________ __________ ______________________________________________________
 __________ __________ __________ ______________________________________________________
 __________ __________ __________ ______________________________________________________
 __________ __________ __________ ______________________________________________________
 (_______ Please indicate here if these facts are continued on an attached page.)
15. Fingerprints and Criminal History Records Check
 Unless I am seeking to restore a former name, a copy of my fingerprints has been taken in a manner
 approved by the Department of Law Enforcement and submitted for a state and national criminal
 history records check. I understand that I cannot request a hearing on my Petition until the Clerk
 of Court receives the results of the criminal history records check.
16. I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner
 invade the property rights of others, whether partnership, patent, good will, privacy, trademark, or
 otherwise.
17. My civil rights have never been suspended, or, if my civil rights have been suspended, they have
 been fully restored.
I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this
motion and that the punishment for knowingly making a false statement includes fines and/or
imprisonment.
Dated: _______________ _________________________________________________________
 Signature of PETITIONER
 Printed Name: ___________________________________________
 Address: ________________________________________________
 City, State, Zip: _______________________________________
 Telephone Number: _______________________________________
 Fax Number: _____________________________________________
*553
 STATE OF FLORIDA
 COUNTY OF _____________________
 Sworn to or affirmed and signed before me on __________ by ____________________________.
 _____________________________________________________.
 NOTARY PUBLIC or DEPUTY CLERK
 _____________________________________________________
 [Print, type, or stamp commissioned name of notary or
 deputy clerk.]
 ______ Personally known
 ______ Produced identification
 ______ Type of identification produced ____________________________
IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
all blanks]
I, {full legal name and trade name of nonlawyer} ________________________________________,
a nonlawyer, whose address is {street} __________________, {city} ______________,
{state} ______________, {phone} ____________, helped {name} ______________________, who is
the petitioner, fill out this form.
*554 INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.982(c), PETITION FOR CHANGE OF NAME (MINOR CHILD(REN)) (06/10)

When should this form be used?
This form should be used when parents want the court to change the name of their minor child(ren). For the purposes of this proceeding, a person under the age of 18 is a minor. This form is not to be used in connection with an adoption, dissolution of marriage, or paternity action. If you want a change of name for your child(ren) because of an adoption or paternity action that is not yet final, the change of name should be requested as part of that case.
This form should be typed or printed in black ink and must be signed before a notary public or deputy clerk. You should file the original with the clerk of the circuit court, in the county where you live and keep a copy for your records. The Petition should only be completed by one Petitioner for one child. If you wish to change the name of more than one child or if there is more than one Petitioner, you should complete and file a Supplemental Form for Petition for Change of Name (Minor Child) for each child and/or a Supplemental Form for Petition for Change of Name. The supplemental form(s) is an attachment to the petition. Be sure that the bottom of each page of each supplemental form is initialed by the petitioner(s).

What should I do next?
Unless you are seeking to restore a former name, each adult petitioner(s)'s fingerprints must be submitted for a state and national criminal history records check. The fingerprints must be taken in a manner approved by the Department of Law Enforcement. The fingerprints must be submitted to the Department of Law Enforcement for a state and national criminal history records check. The Petitioner(s) may not request a hearing on the Petition until the copy of the fingerprints are filed and the clerk of court has received the results of the criminal history records check. The clerk of court can instruct you on the process for having the fingerprints taken and submitted, including information on law enforcement agencies or service providers authorized to submit fingerprints electronically to the Department of Law Enforcement. The process may take several weeks and the parent or guardian of the minor must pay the cost of processing the fingerprints and conducting the state and national history records check.
If both parents agree to the change of name and live in the county where the change of name is sought, you may both file as petitioners. In this situation, service is not necessary, and you need only to set a hearing. You should ask the clerk of court, family law intake staff, or judicial assistant about the local procedure for setting a hearing.
If only one parent is a resident of the county where the change of name(s) is sought or only one parent asks for the child(ren)'s name(s) to be changed, the other parent must be notified and his or her consent obtained, if possible. If the other parent consents to the change of name, a Consent for Change of Name (Minor Child(ren)), Florida Supreme Court Approved Family Law Form 12.982(d), should be filed.
If the other parent does not consent to the change of name, you may still have a hearing on the petition if you have properly notified the other parent about your petition and the hearing. If you know where he or she lives, you must use personal *555 service. If you absolutely do not know where he or she lives, you may use constructive service. For more information about personal and constructive service, you should refer [to] the "General Instructions for Self-Represented Litigants" found at the beginning of these forms and the instructions to Florida Family Law Rules of Procedure Forms 12.910(a) and 12.913(b) and Florida Supreme Court Approved Family Law Form 12.913(a). However, the law regarding constructive service is very complex and you may wish to consult an attorney regarding that issue.
Next, you must obtain a final hearing date for the court to consider your request. If you are seeking to restore a former name, a hearing on the petition MAY be held immediately after the petition is filed. The final hearing on any other petition for a name change may be held immediately after the clerk of court receives the results of your criminal history records check. You should ask the clerk of court, family law intake staff, or judicial assistant about the local procedure for setting a hearing. You may be required to attend the hearing. Included in these forms is a Final Judgment of Change of Name (Minor Child(ren)), Florida Supreme Court Approved Family Law Form 12.982(e), which may be used when a judge grants a change of name for a minor child(ren). If you attend the hearing, you should take the final judgment with you. You should complete the top part of the form, including the circuit, county, case number, division, and the name(s) of the petitioner(s) and leave the rest blank for the judge to complete. It should be typed or printed in black ink. If the judge grants your petition, he or she will sign this order. This officially changes your child(ren)'s name(s). The clerk can provide you with certified copies of the signed order. There will be charges for the certified copies, and the clerk can tell you the amount of the charges.

Where can I look for more information?
Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms. For further information, see section 68.07, Florida Statutes.

Special notes...
The heading of the form calls for the name(s) of the petitioner(s). This means the parent(s) who is (are) requesting the change of their child(ren)'s name(s). The judicial circuit, case number, and division may be obtained from the clerk of court's office when you file the petition.
It may be helpful to compile a list of all of the people and places that will need a copy of the final judgment. This list may include the driver's license office, social security office, banks, schools, etc. A list will help you know how many copies of your order you should get from the clerk of court after your hearing.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
*556
 IN THE CIRCUIT COURT OF THE _______________ JUDICIAL CIRCUIT,
 IN AND FOR ________________ COUNTY, FLORIDA
 Case No.: ____________________
 Division: ____________________
IN RE: THE NAME CHANGE OF
__________________________________,
 Petitioner/Father,
__________________________________,
 Petitioner/Mother.
 PETITION FOR CHANGE OF NAME (MINOR CHILD(REN))
 I/We, {full legal name(s)} ____________________________________________, being sworn,
certify that the following information is true:
 I am/We are the birth or legal parent(s) or guardian of the minor child(ren) named in this
petition.
[Choose only one]
 a. _______ There is only one minor child named in this petition.
 b. _______ There are {enter number of children} _____________ children named in this petition. The
 information on the first child is entered below. I/We have attached the completed
 supplemental forms for each other child.
The adult petitioner(s)'s fingerprints have been taken in a manner approved by the Department of Law
Enforcement and submitted for a state and national criminal history records check. I/We understand
that I/we cannot request a hearing on my/our Petition until the clerk of court receives the results of
the criminal history records check.
A. THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD # 1 :
 1. Minor child's complete present name is:
 ____________________________________________________________________________________
 I/We request that this minor child's name be changed to:
 ____________________________________________________________________________________
 2. The minor child lives in ___________ County, Florida, at {street address} __________
 _____________________________________________________________________________________________.
*557
 3. The minor child was born on {date} __________, in {city, county, state, country} ___
 ____________________________________________________________________________________.
 4. The minor child's father's full legal name: ________________________________________.
 The minor child's mother's full legal name: ________________________________________.
 The minor child's mother's maiden name: ____________________________________________.
 5. The minor child has lived in the following places since birth:
 Dates (to/from) Address
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 __________/__________ _____________________________________________________________
 (_______ Please indicate here if you are continuing these facts on an attached page.)
 6. [Choose one only]
 ______ The minor child is not married.
 ______ The minor child is married to: {full legal name} ___________________.
 7. [Choose one only]
 ______ The minor child has no children.
 ______ The minor child is the parent of the following child(ren): {enter full name(s) and date(s) of
 birth} ______________________________________________________________________.
 8. Former names.
 [Choose all that apply]
 ______ The minor child's name has never been changed by a court.
 ______ The minor child's name previously was changed by court order from ___________
 to _________________ on {date} _____________________________________,
 by {court, city, and state} ________________________________________.
 A copy of the court order is attached.
 ______ The minor child's name previously was changed by marriage from ________
 to _________________________ on {date} _____________________________,
 in {city, county, and state} _______________________________________.
 A copy of the marriage certificate is attached.
 _______ The minor child has never been known or called by any other name.
 _______ The minor child has been known or called by the following other name(s): {list name(s)
 and explain where child was known or called by such name(s)} _______________
 ____________________________________________________________________________
 ____________________________________________________________________________
 9. The minor child is not employed in an occupation or profession, does not own and operate a
*558
 business, and has received no educational degrees. If the minor child has a job, explain: ______
 _______________________________________________________________________________________
 10. Criminal History.
 [Choose one only]
 ______ The minor child has never been arrested for or charged with, pled guilty or nolo
 contendere to, or been found to have committed a criminal offense, regardless of
 adjudication.
 ______ The minor child has a criminal history. In the past, the minor child was arrested for or
 charged with, pled guilty or nolo contendere to, or been found to have committed a
 criminal offense, regardless of adjudication. The details of the criminal history are:
 Date City/State Event (arrest, charge, plea, or adjudication)
 ___________________________________________________________________________________
 ___________________________________________________________________________________
 ___________________________________________________________________________________
 (______ Please indicate here if you are continuing these facts on an attached page.)
11. Money Judgments.
 [Choose one only]
 ______ The minor child has never been adjudicated bankrupt, and no money judgment has ever
 been entered against him or her.
 ______ The following money judgment(s) has been entered against him or her:
 Date Amount Creditor Court entering judgment and case number Indicate if Paid
 ____________ _________ __________ _______________________________________ [ ]
 ____________ _________ __________ _______________________________________ [ ]
B. THE FOLLOWING INFORMATION IS TRUE ABOUT PETITIONER(S):
 ( ) FATHER ( ) MOTHER ( ) GUARDIAN
 ( ) A Supplemental Form has been attached for the other parent or petitioner.
 1. My complete present name is: _______________________________________________________
 ____________________________________________________________________________________
 2. I live in __________ County, Florida, at {street address} _________________
 ____________________________________________________________________________________.
 3. I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner
 invade the property rights of others, whether partnership, patent, good will, privacy, trademark,
 or otherwise.
 4. My civil rights have never been suspended, or, if ever suspended, they have been fully restored.
*559
 I understand that I am swearing or affirming under oath to the truthfulness of the claims
made in this petition and that the punishment for knowingly making a false statement includes fines
and/or imprisonment.
Dated: ___________ _________________________________________
 Signature of Petitioner
 Printed Name: ___________________________
 Address: ________________________________
 City, State, Zip: _______________________
 Telephone Number: _______________________
 Fax Number: _____________________________
STATE OF FLORIDA
COUNTY OF _____________
Sworn to or affirmed and signed before me on __________ by ______________________________.
 ____________________________________________________
 NOTARY PUBLIC or DEPUTY CLERK
 ____________________________________________________
 [Print, type, or stamp commissioned name of notary or
 clerk.]
______ Personally known
______ Produced identification
 Type of identification produced _____________________
IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
all blanks]
I, {full legal name and trade name of nonlawyer} __________________________________________,
a nonlawyer, whose address is {street} ___________, {city} _______________________,
{state} ___________, {phone} ____________, helped {name(s)} _____________,
who is (are) the petitioner(s), fill out this form.
*560
ADULT SUPPLEMENTAL FORM FOR PETITION FOR CHANGE OF NAME (MINOR CHILDREN)
 Case No.: ________________________
THE FOLLOWING INFORMATION IS TRUE ABOUT PETITIONER(S):
( ) FATHER ( ) MOTHER ( ) GUARDIAN
1. My complete present name is: ________________________________________________________
 _____________________________________________________________________________________
2. I live in _________________ County, Florida, at {street address} ____________
 ______________________________________________________________________________________.
3. I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner
 invade the property rights of others, whether partnership, patent, good will, privacy, trademark,
 or otherwise.
4. My civil rights have never been suspended, or, if ever suspended, they have been fully restored.
 I understand that I am swearing or affirming under oath to the truthfulness of the claims
made in this petition and that the punishment for knowingly making a false statement includes fines
and/or imprisonment.
Dated: __________ _____________________________________________
 Signature of Petitioner
 Printed Name: _______________________________
 Address: ____________________________________
 City, State, Zip: ___________________________
 Telephone Number: ___________________________
 Fax Number: _________________________________
STATE OF FLORIDA
COUNTY OF ___________
Sworn to or affirmed and signed before me on ___________ by _____________________________.
 _____________________________________________________
 NOTARY PUBLIC or DEPUTY CLERK
 _____________________________________________________
 [Print, type, or stamp commissioned name of notary or
 clerk.]
 ________ Personally known
 ________ Produced identification
 Type of identification produced _____________________
*561
IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
all blanks]
I, {full legal name and trade name of nonlawyer}___________________________________________________,
a nonlawyer, whose address is {street}_________________, {city}___________________________,
{state} _____________, {phone} _______________, helped {name(s)}_________________,
who is (are) the petitioner(s), fill out this form.
*562
SUPPLEMENTAL FORM FOR PETITION FOR CHANGE OF NAME (MINOR CHILD(REN))
 Case No.:______________________________________________
THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD # __________:
 1. Minor child's complete present name is:
 ___________________________________________________________________________________________________.
 I/We request that minor child's name be changed to:
 ___________________________________________________________________________________________________.
 2. The minor child lives in ___________ County, Florida, at {street address}_________________.
 ___________________________________________________________________________________________________.
 3. The minor child was born on {date}________________, in {city, county, state, country}.
 _________________________________________________________________.
 4. The minor child's father's full legal name: _______________________________________________________.
 The minor child's mother's full legal name: _______________________________________________________.
 The minor child's mother's maiden name: ___________________________________________________________.
 5. The minor child has lived in the following places since birth:
 Dates (to/from) Address
 _______/_______ _________________________________________________________________________________
 _______/_______ _________________________________________________________________________________
 _______/_______ _________________________________________________________________________________
 _______/_______ _________________________________________________________________________________
 _______/_______ _________________________________________________________________________________
 _______/_______ _________________________________________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 6. [Choose one only]
 ____ The minor child is not married.
 ____ The minor child is married to: {full legal name} ____________________________________.
 7. [Choose one only]
 ____ The minor child has no children.
 ____ The minor child is the parent of the following child(ren): {enter name(s) and date(s) of birth}
 ___________________________________________________________________________________________________.
*563
 8. Former names
 [Choose all that apply]
 ____ The minor child's name has never been changed by a court.
 ____ The minor child's name previously was changed by court order from ____________________________
 to ____________ on {date} ________________________________________________________________,
 by {court, city, and state} ______________________________________________________________.
 A copy of the court order is attached.
 ____ The minor child's name previously was changed by marriage from _______________________________
 to ____________ on {date} ________________________________________________________________,
 in {city, county, and state} _____________________________________________________________.
 A copy of the marriage certificate is attached.
 ____ The minor child has never been known or called by any other name.
 ____ The minor child has been known or called by the following other name(s): {list name(s) and
 explain where child was known or called by such name(s)} _________________________________
 ___________________________________________________________________________________________________
 ___________________________________________________________________________________________________
 9. The minor child is not employed in an occupation or profession, does not own and operate a
 business, and has received no educational degrees. If the minor child has a job, explain: _________
 ___________________________________________________________________________________________________
 ___________________________________________________________________________________________________.
 10. Criminal History
 [Choose one only]
 ____ The minor child has never been arrested for or charged with, pled guilty or nolo contendere
 to or been found to have committed a criminal offense, regardless of adjudication.
 ____ The minor child has a criminal history. In the past, the minor child was arrested for or
 charged with, pled guilty or nolo contendere to, or been found to have committed a
 criminal offense, regardless of adjudication. The details of the criminal history are:
 Date City/State Event (arrest, charge, plea, or adjudication)
 ___________________________________________________________________________________________________
 ___________________________________________________________________________________________________
 ___________________________________________________________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 11. Money Judgments
 [Choose one only]
 ____ The minor child has never been adjudicated bankrupt, and no money judgment has ever
 been entered against him or her.
 ____ The following money judgment(s) has (have) been entered against him or her:
 Date Amount Creditor Court entering judgment and case number Indicate if Paid
 ____ _____ ____________ _______________________________________ []
 ____ _____ ____________ ______________________________ []

*564 INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.982(f), PETITION FOR CHANGE OF NAME (FAMILY) (06/10)

When should this form be used?
This form should be used when a family wants the court to change its name. This form is not to be used in connection with a dissolution of marriage, paternity, or adoption action. If you want a change of name because of a dissolution of marriage, paternity, or adoption action that is not yet final, the change of name should be requested as part of that case.
This form should be typed or printed in black ink and must be signed before a notary public or deputy clerk. You should file the original with the clerk of the circuit court in the county where you live and keep a copy for your records. The petition should only be completed for one adult. If you wish to change the name(s) of another adult and/or any child(ren), you should complete and file with the clerk of court the attached Supplemental Form(s) for Petition for Change of Name (Family) for each additional family member. Be sure that the bottom of each page of each supplemental form is initialed.

What should I do next?
Unless you are seeking to restore a former name, each adult petitioner must have fingerprints submitted for a state and national criminal history records check. The fingerprints must be taken in a manner approved by the Department of Law Enforcement and must be submitted to the Department for a state and national criminal history records check. You may not request a hearing on the petition until the clerk of court has received the results of your criminal history records check. The clerk of court can instruct you on the process for having the fingerprints taken and submitted, including information on law enforcement agencies or service providers authorized to submit finger prints electronically to the Department of Law Enforcement. The process may take several weeks and you will have to pay for the cost of processing the fingerprints and conducting the state and national criminal history records check.
If any of the children for whom you are requesting this change of name are not the legal children of both adults filing this petition, you must obtain the consent of the legal parent(s). A parent not named as a petitioner in this action may consent by submitting a Consent for Change of Name (Minor Child(ren)), Florida Supreme Court Approved Family Law Form 12.982(d).
If the other parent does not consent to the change of name, you may still have a hearing on the petition if you have properly notified the other parent about your petition and the hearing. If you know where he or she lives, you must use personal service. If you absolutely do not know where he or she lives, you may use constructive service. For more information about personal and constructive service, you should refer to the "General Instructions for Self-Represented Litigants" found at the beginning of these forms and the instructions to Florida Family Law Rules of Procedure Forms 12.910(a) and 12.913(b) and Florida Supreme Court Approved Family Law Form 12.913(a). The law on constructive service is very complex and you may wish to consult an attorney regarding constructive service.
Next, you must obtain a final hearing date for the court to consider your request. If you are seeking to restore a former name, hearing on the petition MAY *565 be held immediately after the petition is filed. The final hearing on any other petition for a name change may be held immediately after the clerk of court receives the results of your criminal history records check. You should ask the clerk of court, family law intake staff, or judicial assistant about the local procedure for setting a hearing. You may be required to attend the hearing. Included in these forms is a Final Judgment of Change of Name (Family), Florida Supreme Court Approved Family Law Form 12.982(g), which may be used when a judge grants a change of name for a family. If you attend the hearing, you should take the final judgment form with you. You should complete the top part of this form, including the circuit, county, case number, division, the name(s) of the petitioner(s) and leave the rest blank for the judge to complete. It should be typed or printed in black ink. If the judge grants your petition, he or she will sign this order. This officially changes your family's name. The clerk can provide you with certified copies of the signed order. There will be charges for the certified copies, and the clerk can tell you the amount of the charges.

Where can I look for more information?
Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms. For further information, see section 68.07, Florida Statutes.

Special notes...
The heading of the form calls for the name(s) of the petitioner(s). This is (are) the parent(s) who is/are requesting the change of their family's name(s). The judicial circuit, case number, and division may be obtained from the clerk of court's office when you file the petition.
It may be helpful to compile a list of all of the people and places that will need a copy of the final judgment. This list may include the driver's license office, social security office, banks, schools, etc. A list will help you know how many copies of your order you should get from the clerk of court after your hearing.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
*566
 IN THE CIRCUIT COURT OF THE ___________ JUDICIAL CIRCUIT,
 IN AND FOR ____________ COUNTY, FLORIDA
 Case No.: ____________________
 Division: ______________________
IN RE: THE NAME CHANGE OF
________________________________________,
 Petitioner/Father,
________________________________________,
 Petitioner/Mother.
 PETITION FOR CHANGE OF NAME (FAMILY)
 I/We, {full legal name(s)}____________________________, being sworn,
certify that the following information is true:
There are {enter number}____ adults named in this petition. A supplemental form is attached for each
adult not set out below.
There are {enter number}____ children named in this petition. I am/We are the birth or legal parents
or guardian of the minor child(ren) named in this petition. I/We have attached a completed
supplemental form for each minor child.
Unless I am seeking to restore a former name, a copy of the fingerprints of each adult person seeking a
name change in this petition has/have been taken in a manner approved by the Department of Law
Enforcement, and submitted for a state and national criminal history records check. I/We understand
that I/we cannot request a hearing on my/our Petition until the clerk of court receives the results of
the criminal history records check.
THE FOLLOWING INFORMATION IS TRUE ABOUT PETITIONER:
( ) HUSBAND ( ) WIFE ( ) GUARDIAN
( ) A Supplemental Form has been attached for the other parent or petitioner.
 5. My complete present name is:
 ____________________________________________________________________________________________________.
 I request that my name be changed to:
 ____________________________________________________________________________________________________.
 6. I live in ____ County, Florida, at {street address} _______________________________________
 ____________________________________________________________________________________________________.
*567
 7. I was born on {date} ______, in {city} ________, {county} _______________,
 {state} _________, {country} _____________________________________________________.
 8. My father's full legal name:________________________________________________________________________.
 My mother's full legal name:________________________________________________________________________.
 My mother's maiden name:____________________________________________________________________________.
 9. I have lived in the following places since birth:
 Dates (to/from) Address
 ______/________ __________________________________________________________________________________
 ______/________ __________________________________________________________________________________
 ______/________ __________________________________________________________________________________
 ______/________ __________________________________________________________________________________
 ______/________ __________________________________________________________________________________
 ______/________ __________________________________________________________________________________
 ______/________ __________________________________________________________________________________
 ______/________ __________________________________________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 10. Family
 [Choose all that apply]
 a. ___ I am not married.
 b. ___ I am married. My spouse's full legal name is:______________________________________________.
 c. ___ I do not have child(ren).
 d. ___ The name(s), age(s), and address(es) of my child(ren) are as follows (all children,
 including those over 18, must be listed):
 Name {last, first, middle initial} Age Address, City, State
 __________________________________ ____ _______________________________________________________
 __________________________________ ____ _______________________________________________________
 __________________________________ ____ _______________________________________________________
 __________________________________ ____ _______________________________________________________
 __________________________________ ____ _______________________________________________________
 __________________________________ ____ _______________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 11. Former names
 [Choose all that apply]
 ____ My name has never been changed by a court.
 ____ My name previously was changed by court order from __________________________________________
 to _________________ on {date} _____________________________________________________,
 by {court, city, and state} ________________________________________________________.
 A copy of the court order is attached.
 ____ My name previously was changed by marriage from _____________________________________________
*568
 to______________________ on {date} _________________________________________________,
 in {city, county, and state} _______________________________________________________.
 A copy of the marriage certificate is attached.
 ____ I have never been known or called by any other name.
 ____ I have been known or called by the following other name(s): {list name(s) and explain where
 you were known or called by such name(s)} __________________________________________
 _____________________________________________________________________________________________
 _____________________________________________________________________________________________.
 12. Occupation
 My occupation is:_________________________________________________________________________________.
 I am employed at: {company and address} _________________________________________________
 __________________________________________________________________________________________________.
 During the past 5 years, I have had the following jobs:
 Dates (to/from) Employer and employer's address
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 13. Business
 [Choose one only]
 ____ I do not own and operate a business.
 ____ I own and operate a business. The name of the business is: __________________________________.
 The street address is: ______________________________________________________________________.
 My position with the business is: ___________________________________________________________.
 I have been involved with the business since: {date} _______________________________.
 14. Profession
 [Choose one only]
 ____ I am not in a profession.
 ____ I am in a profession. My profession is: _____________________________________________________.
 I have practiced this profession:
 Dates (to/from) Place and address
 _______/_______ ___________________________________________________________________________
 _______/_______ ___________________________________________________________________________
 _______/_______ ___________________________________________________________________________
 _______/_______ ___________________________________________________________________________
 _______/_______ ___________________________________________________________________________
*569
 (____ Please indicate here if you are continuing these facts on an attached page.)
 15. Education
 I have graduated from the following school(s):
 Degree Date of
 Received Graduation School
 ________ __________ _________________________________________________________________________
 ________ __________ _________________________________________________________________________
 ________ __________ _________________________________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 16. Criminal History
 [Choose one only]
 ____ I have never been arrested for or charged with, pled guilty or nolo contendere to, or
 have been found to have committed a criminal offense, regardless of adjudication.
 ____ I have a criminal history. In the past I have been arrested for or charged with, pled
 guilty or nolo contendere to, or been found to have committed a criminal offense,
 regardless of adjudication. The details of my criminal history are:
 Date City/State Event (arrest, charge, plea, or adjudication)
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 17. Bankruptcy
 [Choose one only]
 ____ I have never been adjudicated bankrupt.
 ____ I was adjudicated bankrupt on {date} _________, in {city} _____________,
 {county} ___________, {state} _____________.
 (____ Please indicate here if you have had additional bankruptcies, and explain on an attached
 page.)
 18. Creditor(s)' Judgments
 [Choose one only]
 ____ I have never had a money judgment entered against me by a creditor.
 ____ The following creditor(s)' money judgment(s) have been entered against me:
 Date Amount Creditor Court entering judgment and case number indicate if
 Paid
 ____ _________ ________ _______________________________________________ []
 ____ _________ ________ _______________________________________________ []
 ____ _________ ________ _______________________________________________ []
 ____ _________ ________ _______________________________________________ []
 (____ Please indicate here if these facts are continued on an attached page.)
*570
 19. I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner
 invade the property rights of others, whether partnership, patent, good will, privacy, trademark,
 or otherwise.
 20. My civil rights have never been suspended, or, if my civil rights have been suspended, they have
 been fully restored.
 I understand that I am swearing or affirming under oath to the truthfulness of the claims
made in this petition and that the punishment for knowingly making a false statement includes fines
and/or imprisonment.
Dated: ____________ _______________________________________________________________________________
 Signature of Petitioner
 Printed Name: _________________________________________________________________
 Address: ______________________________________________________________________
 City, State, Zip: _____________________________________________________________
 Telephone Number: _____________________________________________________________
 Fax Number: ___________________________________________________________________
STATE OF FLORIDA
COUNTY OF ______________
Sworn to or affirmed and signed before me on ______________ by _____________________________________________.
 _______________________________________________________________
 NOTARY PUBLIC or DEPUTY CLERK
 _______________________________________________________________
 [Print, type, or stamp commissioned name of notary or
 clerk.]
____ Personally known
____ Produced identification
 Type of identification produced __________________________________
IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
all blanks]
I, {full legal name and trade name of nonlawyer}___________________________________________________,
a nonlawyer, whose address is{street} ______________________, {city} _____________________,
{state} _______, {phone} ______, helped {name} __________________________________,
who is the petitioner, fill out this form.
*571
 ADULT SUPPLEMENTAL FORM FOR PETITION FOR CHANGE OF NAME (FAMILY)
 Case No.: _____________________________________
THE FOLLOWING INFORMATION IS TRUE ABOUT PETITIONER:
( ) HUSBAND ( ) WIFE ( ) GUARDIAN
 1. My complete present name is:
 __________________________________________________________________________________________________.
 I request that my name be changed to:
 __________________________________________________________________________________________________.
 2. I live in _____ County, Florida, at {street address} ____________________________________.
 __________________________________________________________________________________________________.
 3. I was born on {date} _________, in {city} ____________, {county}________.
 {state} ____________, {country} _________________________________________________.
 4. My father's full legal name: ______________________________________________________________________.
 My mother's full legal name: ______________________________________________________________________.
 My mother's maiden name: __________________________________________________________________________.
 5. I have lived in the following places since birth:
 Dates (to/from) Address
 _______/_________ ______________________________________________________________________________
 _______/_________ ______________________________________________________________________________
 _______/_________ ______________________________________________________________________________
 _______/_________ ______________________________________________________________________________
 _______/_________ ______________________________________________________________________________
 _______/_________ ______________________________________________________________________________
 _______/_________ ______________________________________________________________________________
 _______/_________ ______________________________________________________________________________
 _______/_________ ______________________________________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 6. Family
 [Choose all that apply]
 a. ____ I am not married.
 b. ____ I am married. My spouse's full legal name is: ____________________________________________.
 c. ____ I do not have child(ren).
 d. ____ The name(s), age(s), and address(es) of my child(ren) are as follows (all children,
 including those over 18, must be listed):
 Name {last, first, middle initial} Age Address, City, State
 ______________________________________________________ ______ ________________________________
*572
 ______________________________________________________ ______ _______________________________
 ______________________________________________________ ______ _______________________________
 ______________________________________________________ ______ _______________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 7. Former names
 [Choose all that apply]
 ____ My name has never been changed by a court.
 ____ My name previously was changed by court order from __________________________________________
 to ______________________ on {date} ________________________________________________
 by {court, city, and state} ________________________________________________________.
 A copy of the court order is attached.
 ____ My name previously was changed by marriage from _____________________________________________
 to ____________________ on {date} __________________________________________________
 in {city, county, and state} _______________________________________________________.
 A copy of the marriage certificate is attached.
 ____ I have never been known or called by any other name.
 ____ I have been known or called by the following other name(s): {list name(s) and explain where
 you were known or called by such name(s)} _______________________________________________
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________
 8. Occupation
 My occupation is: ________________________________________________________________________________.
 I am employed at: {company and address} _________________________________________________
 __________________________________________________________________________________________________.
 During the past 5 years, I have had the following jobs:
 Dates (to/from) Employer and employer's address
 ________/______ ________________________________________________________________________________
 ________/______ ________________________________________________________________________________
 ________/______ ________________________________________________________________________________
 ________/______ ________________________________________________________________________________
 ________/______ ________________________________________________________________________________
 ________/______ ________________________________________________________________________________
 ________/______ ________________________________________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 9. Business
 [Choose all that apply]
 ___ I do not own and operate a business.
 ___ I own and operate a business. The name of the business is: ___________________________________.
 The street address is: _______________________________________________________________________.
 My position with the business is: ____________________________________________________________.
 I have been involved with the business since: {date} ________________________________.
 10. Profession
 [Choose all that apply]
 ___ I am not in a profession.
*573
 ___ I am in a profession. My profession is: ______________________________________________________.
 I have practiced this profession:
 Dates (to/from) Place and address
 _______/_______ ____________________________________________________________________________
 _______/_______ ____________________________________________________________________________
 _______/_______ ____________________________________________________________________________
 _______/_______ ____________________________________________________________________________
 _______/_______ ____________________________________________________________________________
 (___ Please indicate here if you are continuing these facts on an attached page.)
 11. Education
 I have graduated from the following school(s):
 Degree Date of
 Received Graduation School
 ________ __________ ________________________________________________________________________
 ________ __________ ________________________________________________________________________
 ________ __________ ________________________________________________________________________
 (___ Please indicate here if you are continuing these facts on an attached page.)
 12. Criminal History
 [Choose all that apply]
 ___ I have never been arrested for or charged with, pled guilty or nolo contendere to, or been
 found to have committed a criminal offense, regardless of adjudication.
 ___ I have a criminal history. In the past I have been arrested for or charged with, pled guilty or
 nolo contendere to, or been found to have committed a criminal offense, regardless of
 adjudication. The details of my criminal history are:
 Date City/State Event (arrest, charge, plea, or adjudication)
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________
 (___ Please indicate here if you are continuing these facts on an attached page.)
 13. Bankruptcy
 [Choose one only]
 ___ I have never been adjudicated bankrupt.
 ___ I was adjudicated bankrupt on {date} _______________, in {city} ____________,
 {county} __________, {state} ______________.
 (___ Please indicate here if you have had additional bankruptcies, and explain on an attached
 page.)
 14. Creditors' Judgments
 [Choose one only]
 ___ I have never had a money judgment entered against me by a creditor.
 ___ The following creditor(s)' money judgment(s) have been entered against me:
*574
 Date Amount Creditor Court entering judgment and case number check if Paid
 ____ ______ ________ _______________________________________ []
 ____ ______ ________ _______________________________________ []
 ____ ______ ________ _______________________________________ []
 ____ ______ ________ _______________________________________ []
 (____ Please indicate here if these facts are continued on an attached page.)
 15. I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner
 invade the property rights of others, whether partnership, patent, good will, privacy, trademark,
 or otherwise.
 16. My civil rights have never been suspended, or, if my civil rights have been suspended, they have
 been fully restored.
 I understand that I am swearing or affirming under oath to the truthfulness of the claims
made in this petition and that the punishment for knowingly making a false statement includes fines
and/or imprisonment.
Dated: __________________ _____________________________________________________________________
 Signature of Petitioner
 Printed Name: _______________________________________________________
 Address: ____________________________________________________________
 City, State, Zip: ___________________________________________________
 Telephone Number: ___________________________________________________
 Fax Number: _________________________________________________________
STATE OF FLORIDA
COUNTY OF __________________
Sworn to or affirmed and signed before me on ________________ by ___________________________________________.
 _______________________________________________________________
 NOTARY PUBLIC or DEPUTY CLERK
 _______________________________________________________________
 [Print, type, or stamp commissioned name of notary or
 clerk.]
____ Personally known
____ Produced identification
 Type of identification produced _________________________________
IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW: [fill in
all blanks]
I, {full legal name and trade name of nonlawyer} __________________________________________________,
a nonlawyer, whose address is {street} ________________, {city} __________________________,
*575
{state} _______, {phone} _______, helped {name} _________________________________,
who is the petitioner, fill out this form.
*576
 CHILD SUPPLEMENTAL FORM FOR PETITION FOR CHANGE OF NAME (FAMILY)
 Case No.: ____________________________________________
THE FOLLOWING INFORMATION IS TRUE ABOUT MINOR CHILD # __________:
 1. Minor child's complete present name is:
 __________________________________________________________________________________________________
 I/We request that minor child's name be changed to:
 __________________________________________________________________________________________________
 2. The minor child lives in _______________ County, Florida, at {street address} ___________
 __________________________________________________________________________________________________
 3. The minor child was born on __________, in {city, county, state, country}
 __________________________________________________________________________________________________
 4. The minor child's father's full legal name: ______________________________________________________.
 The minor child's mother's full legal name: ______________________________________________________.
 The minor child's mother's maiden name: __________________________________________________________.
 5. The minor child has lived in the following places since birth:
 Dates (to/from) Address
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 _______/_______ ________________________________________________________________________________
 (____ Please indicate here if continuing these facts on an attached page.)
 6. [Choose one only]
 ____ The minor child is not married
 ____ The minor child is married to: {full legal name} ___________________________________.
 7. [Choose one only]
 ____ The minor child has no children.
 ____ The minor child is the parent of the following child(ren): {enter name(s) and date(s) of birth}
 __________________________________________________________________________________________________.
 8. Former names
 [Choose all that apply]
 ____ The minor child's name has never been changed by court order.
 ____ The minor child's name previously was changed by court order from __________
 to ______________________________________ on {date} __________________ {court, city, and
 state} _____________________________________________________________________________.
*577
 A copy of the court order is attached.
 ____ The minor child's name previously was changed by marriage from _________
 to ________________________________ on {date} __________, in {city,
 county, and state} ______________________________________.
 ____ The minor child has never been known or called by any other name.
 ____ The minor child has been known or called by the following other name(s): {list name(s) and
 explain where child was known or called by such name(s)} ____________
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________.
 9. The minor child is not employed in an occupation or profession, does not own and operate a
 business, and has received no educational degrees. If the minor child has a job, explain:
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________
 10. Criminal History
 [Choose one only]
 ____ The minor child has never been arrested for or charged with, pled guilty or nolo contendere
 to, or been found to have committed a criminal offense, regardless of adjudication.
 ____ The minor child has a criminal history. In the past, the minor child was arrested for or
 charged with, pled guilty or nolo contendere to, or been found to have committed a criminal
 offense, regardless of adjudication. The details of the criminal history are:
 Date City/State Event (arrest, charge, plea, or adjudication)
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________
 __________________________________________________________________________________________________
 (____ Please indicate here if you are continuing these facts on an attached page.)
 11. Money Judgments
 [Choose one only]
 ____ The minor child has never been adjudicated bankrupt, and no money judgment has ever
 been entered against him or her.
 ____ The following money judgment(s) has been entered against him or her:
 Date Amount Creditor Court entering judgment and case number Indicate if Paid
 ____ ______ ________ ______________________________________________ []
 ____ ______ ________ ______________________________________________ []
NOTES
[1] An original and nine paper copies of all comments must be filed with the Court on or before August 23, 2010. A separate request for oral argument must be filed if the person filing the comment wishes to participate in oral argument, which may be scheduled in this case. Electronic copies of all comments also must be filed in accordance with the Court's administrative order in In re Mandatory Submission of Electronic Copies of Documents, Fla. Admin. Order No. AOSC04-84 (Sept. 13, 2004).